ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2021-Dec-15 10:19:32
60CV-21-7945
C06D17 : 27 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
17th DIVISION

OLD ICM TECHNOLOGIES, INC. AND                    PLAINTIFF
ICM OF AMERICA, INC.

VS.                              No. 60CV-21-7945

J. CUMBY CONSTRUCTION, INC. AND                   DEFENDANTS
WESTFIELD INSURANCE COMPANY

## AMENDED COMPLAINT

Comes now the Plaintiff, by and through its attorney, Newland & Associates, PLLC by Junius Bracy Cross, Jr., and for its Amended Complaint states and alleges and follows:

1. The Plaintiff, Old ICM Technologies, Inc. and ICM of America, Inc., are duly formed corporations under common ownership lawfully doing business and whose principal address is 1040 North Redmond Road, Jacksonville, AR 72076. The Defendant, J. Cumby Construction, Inc., whose principal address is 701 South Street, Ste 100 Mountain Home, AR 72653, acted as a construction contractor on a public works project. The Defendant, Westfield Insurance Company, whose principal address is One Park Circle, P O Box 5001, Westfield Center, OH 44251, acted as a surety for J. Cumby Construction, Inc., for the protection and payment of persons performing labor or furnishing materials or equipment on the public works project described below.

2. The project that is the subject of this litigation is located in Pulaski County, Arkansas for the Little Rock Reclamation Authority and thus jurisdiction and venue are proper before this Court.

3. The Defendant, Westfield Insurance Company, a compensated surety, issued a payment

bond to the Little Rock Reclamation Authority as obligee, with J. Cumby Construction, Inc. as its principal, which bond is attached as Exhibit A hereto and adopted by reference as if set out word for word herein to cover work on an Arkansas Public Works project.

4.  The Plaintiffs, Old ICM Technologies, Inc. and ICM of America, Inc. entered into agreements with J. Cumby Construction Company, Inc., under which they performed work and provided rental equipment used in the construction of a project known as the Adams Field WRF Parallel Treatment Little Rock, AR, which was covered by the payment bond issued by Westfield Insurance Company. Copies of the invoices are attached to this Amended Complaint and adopted herein by reference as if set out word for word, as Exhibits B and C.

## Old ICM Technologies, Inc.

5.  Old ICM Technologies, Inc. was formerly known as ICM Technologies, Inc., the name was changed as a part of a sale of assets but Old ICM Technologies, Inc. is the same company that contracted with J. Cumby Construction, Inc. The business of Old ICM Technologies, Inc. consists of supplying epoxy finishes to sewer manholes and related facilities and the preparation needed for the application of the epoxy coatings.

6.  Shortly before April 8, 2021, J. Cumby Construction, Inc., contacted Old ICM Technologies, Inc. to do emergency remedial work on a number of manholes installed for the project known as Adams Field WRF Parallel Treatment Little Rock, AR which were leaking and unacceptable as installed. The work was to be done on an open account as Old ICM Technologies, Inc. performed the agreed preparation for and application of epoxy. It became apparent that there were a number of other similar manholes and related

facilities that were also leaking and unacceptable and needed emergency repairs in order to be rendered acceptable on the owner's contract with J. Cumby Construction, Inc.

7. The Plaintiff, Old ICM Technologies, Inc., under its agreement with J. Cumby Construction, Inc., submitted its six invoices for work and materials, which are attached as Exhibit B, and are adopted herein as if set out word for word. J. Cumby Construction, Inc. breached its agreement by its failure to pay any of the invoices, and is indebted to the Plaintiff, Old ICM Technologies, Inc., for $61,500.00, not including interest attorney fees and penalties.

### ICM of America, Inc.

8. The Plaintiff, ICM of America, Inc., was engaged by J. Cumby Construction, Inc. to provide rental equipment required for the completion of an Arkansas public works project known as the Adams Field WRF Parallel Treatment Little Rock, AR. As part of its agreement J. Cumby Construction, Inc. agreed to pay the Plaintiff, Old ICM Technologies, Inc., for the rental of the equipment as shown on the invoices attached as Exhibit C, and which are adopted herein as if set out word for word herein.

9. The Defendant, J. Cumby Construction, Inc., is in breach of its rental agreement by its failure to pay any of the rental invoices in the amount of $6,630.23, not including interest attorney fees and penalties.

### General Allegations

10. The Plaintiff, Old ICM Technologies, Inc. and ICM of America, completed all of their obligations under the agreements but despite this the Defendant, J. Cumby Construction, Inc. has failed to pay the sum of $68,130.23, for which payment remains due in the amount of $68,130.23, as shown on their invoices Exhibit B and C to this Amended

Complaint.

11. The Plaintiffs, Old ICM Technologies, Inc. and ICM of America, Inc., were each direct subcontractors of J. Cumby Construction, Inc., and sent demand for payment to J. Cumby Construction, Inc., and Westfield Insurance Company. Copies of these demands are attached as Exhibits D and E hereto and are adopted herein by reference as if set out word for word herein.

12. The Defendant, J. Cumby Construction, Inc., acted as the prime contractor on the project. The work performed by Old ICM Technologies, Inc. and rented equipment provided by ICM of America, Inc. was as a direct subcontractor and direct supplier of J. Cumby Construction, Inc., for a public works project.

13. The Defendants, J. Cumby Construction, Inc. and Westfield Insurance Company, have failed and refused to pay the Plaintiffs and a total of $68,130.23 remains lawfully due and owing plus interest as provided by law. The Plaintiff has expended and will expend reasonable attorney fees and seeks reimbursement for the same as provided by law, plus a penalty as provided by Arkansas law in the amount of 12% of $68,130.23, plus interest as lawfully due thereon.

WHEREFORE, premises considered, the Plaintiff, Old ICM Technologies, Inc., prays judgment for itself of $61,500.00 and ICM of America, prays judgement for itself for $6,620.23, both against the Defendants, J. Cumby Construction, Inc. and Westfield Insurance Company, jointly and severally, in the amount of $68,130.23, for their costs herein expended, interest as allowed by law, a penalty of 12%, attorney's fees as provided by law, and all other proper relief.

Respectfully Submitted,
Junius Bracy Cross, Jr.
ABA 78036
Newland & Associates, PLLC
2228 Cottondale Lane, Suite 220
Little Rock, AR 72202
(501)221-9393 / Fax (501)221-7058
E-mail: jbcross@newlandassociatespllc.com

BY: _____

Bond No. 8675133

Section 00600

PERFORMANCE AND PAYMENT BOND

## *PAYMENT BOND*

Know All Persons By These Presents: that

J. Cumby Construction, Inc.
_____
(Name of Contractor)

165 W. Broad Street, Cookeville, TN 38501
_____
(Address of Contractor)

a    Corporation
_____, hereinafter called
(Corporation, partnership, or Individual)

Principal, and    Westfield Insurance Company
_____
(Name of Surety)

P.O. Box 5001, Westfield Center, OH 44251-5001
_____
(Address of Surety)

hereinafter called Surety, are held and firmly bound unto   Little Rock Water

Reclamation Authority
_____
(Name of Owner)

11 Clearwater Drive, Little Rock, AR 72204
_____
(Address of Owner)

hereinafter called Owner in the total aggregate penal sum of
Twenty Nine Million Three Hundred Fifty Six
Thousand Three Hundred Fifty and no/100''' Dollars ($ 29,356,350.00_____ ) in

lawful money of the United States, for the payment of which sum well and truly to

be made, we bind ourselves, our heirs, executors, administrators, successors,

and assigns, jointly and severally, firmly by these presents.


The condition of this obligation is such that whereas, the Principal entered into a

certain contract with the Owner dated the _____21ˢᵗ_____ day of _May_____

20_18_ , a copy of which is hereto attached and made a part hereof for the

construction of:   Adams Field Water Reclamation Facility: Parallel Treatment

_____

Little Rock Water Reclamation Authority       00600          Bid Set: February 11, 2018
Adams Field WRF Parallel Treatment            -1-            B&V PN 194568
Little Rock, AR

**Exhibit A**

Now, therefore, if the Principal shall well, truly and faithfully perform its duties, all the undertakings, covenants, terms, conditions, and agreements of said contract during the original term thereof, and any extensions thereof which may be granted by the Owner with or without notice to the Surety and during the one year guaranty period and if the Principal shall satisfy all claims and demands incurred under such contract, and shall fully indemnify and save harmless the Owner from all costs and damages which it may suffer by reason of failure to do so, and shall reimburse and repay the Owner all outlay and expense which the Owner may incur in making good any default, then this obligation shall be void, otherwise to remain in full force and effect.

Provided, further, that the said Surety, for value received hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the contract or to Work to be performed thereunder or the Specifications accompanying same shall in any way affect its obligation on this Bond, and it does hereby waive notice of any such change, extension of time, alteration or addition to the terms of the contract or to the Work or to the Specifications.

Provided, further, that it is expressly agreed that the Bond shall be deemed amended automatically and immediately, without formal and separate amendments hereto, upon amendment to the Contract not increasing the contract price more than twenty percent, so as to bind the Principal and the Surety to the full and faithful performance of the Contract as so amended. The term "Amendment", wherever used in this Bond, and whether referring to this Bond, the Contract or the Loan Documents shall include any alteration, addition, extension, or modification of any character whatsoever.

Little Rock Water Reclamation Authority      00600          Bid Set: February 11, 2018
Adams Field WRF Parallel Treatment           -2-            B&V PN 194568
Little Rock, AR

Provided, further, that no final settlement between the Owner and the Principal shall abridge the right of the other beneficiary hereunder, whose claim may be unsatisfied. The Owner is the only beneficiary hereunder.

In Witness Whereof, this instrument is executed in ___Five (5)___
(Number)

counterparts, each one of which shall be deemed an original, this the 21 st day of ___May___ 20 18

(Corp. Seal)

Contractor ___J. Cumby Construction, Inc.___
Principal

Attest: _____
Witness as to Principal
(If Corp. then Corp. Sec.)

By: _____
(If Corp then CEO)

_____
Address

165 W. Broad St., Cookeville, TN 38501
Address

_____

_____

Surety    Westfield Insurance Company

Attest: _Lavonne Sherrod_
Witness as to Surety
Lavonne Sherrod

By: _Tara W. Mealer_
Attorney-in-Fact
Tara W. Mealer

TIS Insurance Services, Inc.
Address

TIS Insurance Services, Inc.
Address

1900 N. Winston Rd., Ste. 100
Knoxville, TN 37919

1900 N. Winston Rd., Ste. 100
Knoxville, TN 37919

Note: Date of Bond must not be prior to date of Contract.

If Contractor is partnership, all partners should execute Bond.

Little Rock Water Reclamation Authority    00600                Bid Set: February 11, 2018
Adams Field WRF Parallel Treatment        -3-                   B&V PN 194568
Little Rock, AR

**Important:** Surety companies executing Bonds must appear on the Treasury Department's most current list (Circular 570 as amended) and be in accordance with Section 15 of the RLF Supplemental General Conditions and be authorized to transact business in the State of Arkansas.

Bond No. 8675133

### *PERFORMANCE BOND*

Know All Persons By These Presents:  that

J. Cumby Construction, Inc.
_____
(Name of Contractor)

165 W. Broad Street, Cookeville, TN 38501
_____
(Address of Contractor)

a  Corporation _____ , hereinafter called
(Corporation, Partnership, or Individual)

Principal and  Westfield Insurance Company
_____
(Name of Surety)

hereinafter called Surety, are held and firmly bound unto     Little Rock Water

Reclamation Authority
_____
(Name of Owner)

11 Clearwater Drive, Little Rock, AR 72204
_____
(Address of Owner)

hereinafter called Owner and unto all persons, firms and corporations who or which may furnish labor, or who furnish materials to perform as described under the contract and to their successors and assigns in the total aggregate penal sum

Twenty Nine Million Three Hundred Fifty Six Thousand
of Three Hundred Fifty and no/100*** Dollars ($  29,356,350.00                    )

in lawful money of the United States, for the payment of which sum well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

The Condition of This Obligation is such that whereas, the Principal entered into a certain contract with the Owner dated the  21ˢᵗ day  May .

Little Rock Water Reclamation Authority        00600              Bid Set: February 11, 2018
Adams Field WRF Parallel Treatment           -4-                          B&V PN 194568
Little Rock, AR

of 20 *18*, a copy of which is hereto attached and made a part hereof for the construction of:

**Adams Field Water Reclamation Facility: Parallel Treatment**

_____

_____

_____

Now, therefore, if the Principal shall promptly make payment to all persons, firms, and corporations furnishing materials for or performing labor in the prosecution of the Work provided for in such contract, and any authorized extensions or modification thereof, including all amounts due for materials, lubricants, oil, gasoline, coal and coke, repairs on machinery, equipment and tools, consumed or used in connection with the construction of such Work, and for all labor cost incurred in such Work including that by a Subcontractor, and to any mechanic or materialman lien holder whether it acquires its lien by operation of State or Federal law; then this obligation shall be void, otherwise to remain in full force and effect.

Provided, that beneficiaries or claimants hereunder shall be limited to the Subcontractors, and persons, firms and corporations having a direct contract with the Principal or its Subcontractors.

Provided, further, that the said Surety for value received hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the contract or to the Work to be performed thereunder or the Specifications accompanying the same shall in any way affect its obligation on this Bond, and it

Little Rock Water Reclamation Authority    00600          Bid Set: February 11, 2018
Adams Field WRF Parallel Treatment      -5-                 B&V PN 194568
Little Rock, AR

does hereby waive notice of any such change, extension of time, alteration or addition to the terms of this contract or to the Work or to the Specifications.

Provided, further, that no suit or action shall be commenced hereunder by any claimant: (a) Unless claimant, other than one having a direct contract with the Principal, shall have given written notice to any two (2) of the following:  The Principal, the Owner or the Surety above named within ninety (90) days after such claimant did or performed the last of the work or labor, or furnished the last of the materials for which said claim is made, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished, or for whom the work or labor was done or performed.  Such notice shall be served by mailing the same by registered mail or certified mail, postage prepaid, in an envelope addressed to the Principal, Surety, at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process may be served in the State in which the aforesaid project is located, save that such service need not be made by a public officer. (b) After the expiration of one (1) year following the date of which Principal ceased work on said Contract, is being understood, however, that if any limitation embodied in the Bond is prohibited by any law controlling the construction hereof, such limitation shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

Provided, further, that it is expressly agreed that this Bond shall be deemed amended automatically and immediately, without formal and separate amendments hereto, upon amendment to the Contract not increasing the contract price more than 20 percent (20%), so as to bind the Principal and the

Surety to the full and faithful performance of the Contract as so amended. The term "Amendment", whenever used in this Bond and whether referring to this Bond, the contract or the loan Documents shall include any alteration, addition, extension or modification of any character whatsoever.

Provided, further, that no final settlement between the Owner and the Contractor shall abridge the right of any beneficiary hereunder, whose claim may be unsatisfied.

Witness whereof, this instrument is executed in ___Five (5)___
(Number)

counterparts, each of which shall be deemed an original, this the

_____*2/st*_____ day of *May* 20_*18*_

Contractor J. Cumby Construction, Inc.

<table>
<tr><td>(Corp. Seal)</td><td>Principal</td></tr>
<tr><td>Attest:<br>Witness as to Principal<br>(If Corp. then Corp. Sec.)</td><td>By<br>(If Corp then CEO)</td></tr>
<tr><td>_Same_<br>Address</td><td>165 W. Broad St., Cookeville, TN 38501<br>Address</td></tr>
</table>

Surety    Westfield Insurance Company

<table>
<tr><td>Attest: _Lavonne Sherrod_<br>Witness as to Surety<br>Lavonne Sherrod</td><td>By: TARA W. MEALER<br>Attorney-In-Fact<br>Tara W. Mealer, Attorney-in-Fact</td></tr>
<tr><td>TIS Insurance Services, Inc.<br>Address</td><td>TIS Insurance Services, Inc.<br>Address</td></tr>
<tr><td>1900 N. Winston Rd., Ste. 100<br>Knoxville, TN 37919</td><td>1900 N. Winston Rd., Ste. 100<br>Knoxville, TN 37919</td></tr>
</table>

Note: Date of Bond must not be prior to date of Contract.

If Contractor is partnership, all partners should execute Bond.

Important: Surety companies executing Bonds must appear on the Treasury Department's most current list (Circular 570 as amended) and be in accordance with Section 15 of the RLF Supplemental General Conditions and be authorized to transact business in the State of Arkansas.

End of Section

<table>
<tr><td>Little Rock Water Reclamation Authority<br>Adams Field WRF Parallel Treatment<br>Little Rock, AR</td><td>00600<br>-8-</td><td>Bid Set: February 11, 2018<br>B&V PN 194568</td></tr>
</table>

THIS POWER OF ATTORNEY SUPERCEDES ANY PREVIOUS POWER BEARING THIS SAME
POWER # AND ISSUED PRIOR TO 08/02/17, FOR ANY PERSON OR PERSONS NAMED BELOW.

**General**
**Power**
**of Attorney**

POWER NO.  4111212 04

# Westfield Insurance Co.
# Westfield National Insurance Co.
# Ohio Farmers Insurance Co.
Westfield Center, Ohio

**CERTIFIED COPY**

---

*Know All Men by These Presents,* That WESTFIELD INSURANCE COMPANY, WESTFIELD NATIONAL INSURANCE COMPANY and OHIO FARMERS INSURANCE COMPANY, corporations, hereinafter referred to individually as a "Company" and collectively as "Companies," duly organized and existing under the laws of the State of Ohio, and having its principal office in Westfield Center, Medina County, Ohio, do by these presents make, constitute and appoint
**CHARLES C. MARTIN, JAMES F. OAKES, LAVONNE SHERROD, TARA W. MEALER, JOINTLY OR SEVERALLY**

of KNOXVILLE                    and State of TN its true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings, or other instruments or contracts of suretyship- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
LIMITATION:  THIS POWER OF ATTORNEY CANNOT BE USED TO EXECUTE NOTE GUARANTEE, MORTGAGE DEFICIENCY, MORTGAGE GUARANTEE, OR BANK DEPOSITORY BONDS.
and to bind any of the Companies thereby as fully and to the same extent as if such bonds were signed by the President, sealed with the corporate seal of the applicable Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney(s)-in-Fact may do in the premises. Said appointment is made under and by authority of the following resolution adopted by the Board of Directors of each of the WESTFIELD INSURANCE COMPANY, WESTFIELD NATIONAL INSURANCE COMPANY and OHIO FARMERS INSURANCE COMPANY:
"*Be It Resolved,* that the President, any Senior Executive, any Secretary or any Fidelity & Surety Operations Executive or other Executive shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:
*The Attorney-in-Fact*  may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements of indemnity and other conditional or obligatory undertakings and any and all notices and documents cancelling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be as binding upon the Company as if signed by the President and sealed and attested by the Corporate Secretary."
"*Be it Further Resolved,* that the signature of any such designated person and the seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signatures or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached." (Each adopted at a meeting held on February 8, 2000).
*In Witness Whereof,* WESTFIELD INSURANCE COMPANY, WESTFIELD NATIONAL INSURANCE COMPANY and OHIO FARMERS INSURANCE COMPANY have caused these presents to be signed by their National Surety Leader and Senior Executive and their corporate seals to be hereto affixed this 02nd day of AUGUST      A.D., 2017 .

Corporate
Seals
Affixed



WESTFIELD INSURANCE COMPANY
WESTFIELD NATIONAL INSURANCE COMPANY
OHIO FARMERS INSURANCE COMPANY

By: *Dennis P. Baus*
Dennis P. Baus, *National Surety Leader and*
*Senior Executive*

State of Ohio
County of Medina      ss.:

On this 02nd day of AUGUST     A.D. 2017 , before me personally came Dennis P. Baus to me known, who, being by me duly sworn, did depose and say, that he resides in Wooster, Ohio; that he is National Surety Leader and Senior Executive of WESTFIELD INSURANCE COMPANY, WESTFIELD NATIONAL INSURANCE COMPANY and OHIO FARMERS INSURANCE COMPANY, the companies described in and which executed the above instrument; that he knows the seals of said Companies; that the seals affixed to said instrument are such corporate seals; that they were so affixed by order of the Boards of Directors of said Companies; and that he signed his name thereto by like order.

Notarial
Seal
Affixed



*David A. Kotnik*
David A. Kotnik, *Attorney at Law, Notary Public*
My Commission Does Not Expire (Sec. 147.03 Ohio Revised Code)

State of Ohio
County of Medina      ss.:

I, Frank A. Carrino, Secretary of WESTFIELD INSURANCE COMPANY, WESTFIELD NATIONAL INSURANCE COMPANY and OHIO FARMERS INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; and furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.
*In Witness Whereof,* I have hereunto set my hand and affixed the seals of said Companies at Westfield Center, Ohio, this         day of
A.D.,



*Frank A. Carrino*  *Secretary*
Frank A. Carrino, *Secretary*

BPOAC2 (combined) (06-02)

**ICM Technologies**
*a division of Improved Construction Methods, Inc.*

Jacksonville, AR 72076



| | |
|---|---|
| 4/8/2021 | 11717 |

**Our Valued Customer:**

J Cumby
165 West Broad St
Cookville, TN  38502

**Project Location**

Adams Airfield Treatment Plant

Rep

| P.O. No. | Project Name | Terms | Due Date |
|---|---|---|---|
| | Adams Airfield Treatment Plant - 2021 | Net 30 | 5/8/2021 |

| Quantity | Description & Location of Work Performed | Rate | Amount |
|---|---|---|---|
| 1 | Prep Work (Includes Pressure Wash, Acid Etch, Grout Seams, and Pipe Penetrations) | 2,000.00 | 2,000.00 |
| | Sales Tax | 0.00% | 0.00 |
| | | **Total** | **$2,000.00** |

501-985-9125 Direct Line for Accounts        E-mail: apool@icminc.us

**Exhibit B**

**ICM Technologies**

*a division of Improved Construction Methods, Inc.*

Jacksonville, AR 72076



**TECHNOLOGIES, INC.**

| | |
|---|---|
| 4/8/2021 | 11718 |

**Our Valued Customer:**

J Cumby
165 West Broad St
Cookville, TN  38502

**Project Location**

Adams Airfield Treatment Plant

Rep

| P.O. No. | Project Name | Terms | Due Date |
|---|---|---|---|
| | Adams Airfield Treatment Plant - 2021 | Net 30 | 5/8/2021 |

| Quantity | Description & Location of Work Performed | Rate | Amount |
|---|---|---|---|
| 99 | Epoxy Manhole - 4' 6" - 6' ID Barrel  (Manhole: 1+70) @ $20/SF | 20.00 | 1,980.00 |
| 72 | Epoxy Manhole - 4' 6" - 4' ID Cone  (Manhole: 1+70) @ $20/SF | 20.00 | 1,440.00 |
| 132 | Epoxy Manhole - 6' - 6' ID Barrel (Manhole: 2+84) @ $20/SF | 20.00 | 2,640.00 |
| 56 | Epoxy Manhole Base / Invert - 6' ID @ $20/SF | 20.00 | 1,120.00 |
| 25 | Epoxy Manhole Flat Top (Manhole: 2+84) @ $20/SF | 20.00 | 500.00 |
| | Sales Tax | 0.00% | 0.00 |

| **Total** | **$7,680.00** |
|---|---|

501-985-9125 Direct Line for Accounts        E-mail: apool@icminc.us

**ICM Technologies**
a division of Improved Construction Methods, Inc.

Jacksonville, AR 72076



| 4/20/2021 | 11726 |

**Our Valued Customer:**

J Cumby
165 West Broad St
Cookville, TN  38502

**Project Location**

Adams Airfield Treatment Plant

Rep

| P.O. No. | Project Name | Terms | Due Date |
|----------|--------------|-------|----------|
|  | Adams Airfield Treatment Plant - 2021 | Net 30 | 5/20/2021 |

| Quantity | Description & Location of Work Performed | Rate | Amount |
|----------|-------------------------------------------|------|--------|
| 220 | Epoxy Manhole Barrel - 10' @ $20/SF  (6' ID) | 20.00 | 4,400.00 |
| 38 | Epoxy Manhole Cone - 2'6" @ $20/SF (4' - 2' ID) | 20.00 | 760.00 |
| 28 | Epoxy Manhole Base - 6' ID @ $20/SF | 20.00 | 560.00 |
|  | Sales Tax | 0.00% | 0.00 |
|  | **Total** |  | **$5,720.00** |

501-985-9125 Direct Line for Accounts     E-mail: apool@icminc.us

**ICM Technologies**

a division of Improved Construction Methods, Inc.

Jacksonville, AR 72076



| 4/30/2021 | 11743 |
|-----------|-------|

**Our Valued Customer:**

J Cumby
165 West Broad St
Cookville, TN  38502

**Project Location**

Adams Airfield Treatment Plant

Rep

| P.O. No. | Project Name | Terms | Due Date |
|----------|-------------|-------|----------|
|  | Adams Airfield Treatment Plant - 2021 | Net 30 | 5/30/2021 |

| Quantity | Description & Location of Work Performed | Rate | Amount |
|----------|------------------------------------------|------|--------|
| 792 | Epoxy 36 VF of 6' ID Manholes @ $20/SF | 20.00 | 15,840.00 |
|  | Sales Tax | 0.00% | 0.00 |

| Total | $15,840.00 |
|-------|------------|

501-985-9125 Direct Line for Accounts    E-mail: apool@icminc.us

**ICM Technologies**

*a division of Improved Construction Methods, Inc.*

Jacksonville, AR 72076



**TECHNOLOGIES, INC.**

| 4/30/2021 | 11742 |

**Our Valued Customer:**

J Cumby
165 West Broad St
Cookville, TN  38502

**Project Location**

Adams Airfield Treatment Plant

Rep

| P.O. No. | Project Name | Terms | Due Date |
|---|---|---|---|
| | Adams Airfield Treatment Plant - 2021 | Net 30 | 5/30/2021 |

| Quantity | Description & Location of Work Performed | Rate | Amount |
|---|---|---|---|
| 1 | Prep Work (Includes: Grout Seams, Pressure Wash & Acid Etch) | 5,000.00 | 5,000.00 |
| | Sales Tax | 0.00% | 0.00 |
| | | **Total** | **$5,000.00** |

501-985-9125 Direct Line for Accounts      E-mail: apool@icminc.us

**ICM Technologies**

a division of Improved Construction Methods, Inc.

Jacksonville, AR 72076



| | |
|---|---|
| 5/17/2021 | 11748 |

### Our Valued Customer:

J Cumby
165 West Broad St
Cookville, TN  38502

**Project Location**

Adams Airfield Treatment Plant

Rep

| P.O. No. | Project Name | Terms | Due Date |
|---|---|---|---|
| | Adams Airfield Treatment Plant - 2021 | Net 30 | 6/16/2021 |

| Quantity | Description & Location of Work Performed | Rate | Amount |
|---|---|---|---|
| 660 | Epoxy 660 SF of 6' ID Manholes @ $20/SF | 20.00 | 13,200.00 |
| 84 | Epoxy 84 SF of 6' ID Inverts @ $20/SF | 20.00 | 1,680.00 |
| 416 | Epoxy 416 SF of 4' ID Manhole @ $20/SF | 20.00 | 8,320.00 |
| 13 | Epoxy 13 SF of 4' ID Invert @ $20/SF | 20.00 | 260.00 |
| 4 | 4 INJECTION SITES OF CHEMICAL GROUT @ $450/EA | 450.00 | 1,800.00 |
| | Sales Tax | 0.00% | 0.00 |

| | **Total** | **$25,260.00** |
|---|---|---|

501-985-9125 Direct Line for Accounts     E-mail: appol@icminc.us

| Account# 22781 | Order # 1007142 | Brc 100 | Sls 10 | I N V O I C E | Date 04-16-21 | Invoice # 10006607 | Page 1 |
|---|---|---|---|---|---|---|---|

Sold To:           003
        J. CUMBY CONSTRUCTION – HOLD
        165 WEST BROAD ST.

Ship To:
        J. CUMBY CONSTRUCTION
        ICM ARKANSAS
        1040 N REDMOND RD

        COOKEVILLE          TN   38502

        JACKSONVILLE                  AR 72076
        Ship Via CUSTOMER PICK UP

| Entered By terri | Customer Purchase Order | | Customer Contact BILLY | | Ord Date 03-30-21 |
|---|---|---|---|---|---|
| | | Equip ID | Customer Job number AR322692MM–C | Customer Phone # 931-526-5158 | |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| | 1 | | Id# 2001306110   FROM: 03-30-21  THRU: 04-26-21  28  Days | | | | |
| | | | Model-694248           Serial#-2001306110 | | | | |
| | | | PLUG, 12-24" TEST BALL W/SLEEVE | | | | |
| | | | mtr out:     0 | | | | 810.00 |
| | 1 | | Id# AR721      FROM: 03-30-21  THRU: 04-26-21  28  Days | | | | |
| | | | Model-383208           Serial#-AR721 | | | | |
| | | | POLY LIFT LINE, 20' W/GAUGE | | | | |
| | | | mtr out:     0 | | | | 120.00 |
| | | | Sub Total | | | | 930.00 |
| | | AR | ARKANSAS SALES TAX | | | | 88.35 |

PLEASE DIRECT ANY QUESTIONS TO:
CUSTOMER SERVICE  AT 800-877-4571 EXT. 9102
OR EMAIL:  APOOL@ICMINC.US
****WE APPRECIATE YOUR BUSINESS!***

Total Invoice
   Due By:
   04-26-21

| 1,018.35 |
|---|

**Exhibit C**

| Account# | Order # | Brc | Sls | | Date | Invoice # | Page |
|----------|---------|-----|-----|---|------|-----------|------|
| 22781 | 1007143 | 100 | 10 | I N V O I C E | 04-16-21 | 10006608 | 1 |

Sold To:          003
      J. CUMBY CONSTRUCTION - HOLD
      165 WEST BROAD ST.

      COOKEVILLE          TN  38502

Ship To:
J. CUMBY CONSTRUCTION
ICM ARKANSAS
1040 N REDMOND RD

JACKSONVILLE          AR 72076
Ship Via CUSTOMER PICK UP

| Entered By | Customer Purchase Order | | Customer Contact | Ord Date |
|------------|-------------------------|--|------------------|----------|
| terri | | | | 03-22-21 |
| | | Equip ID | Customer Job number AR322690MM-C | Customer Phone # 931-526-5158 |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|-----|------|-----|-------------|-------------|------------|----|----------|
| | 1 | | Id# 19B01A | FROM: 03-22-21  THRU: 04-18-21  28  Days | | | |
| | | | Model-304718 | Serial#-19B01A | | | |
| | | | AIR TEST PANEL W/TRIPLE HOSE | | | | |
| | | | | mtr out:        0 | | | 945.00 |
| | 1 | | Id# 190913E124 | FROM: 03-22-21  THRU: 04-18-21  28  Days | | | |
| | | | Model-610408 | Serial#-190913E124 | | | |
| | | | PLUG, 20-40" TEST BALL | | | | |
| | | | | mtr out:        0 | | | 2,250.00 |
| | 1 | | Id# MISC-100 | FROM: 03-22-21  THRU: 04-18-21  28  Days | | | |
| | | | Model-MISC | Serial#-MISC | | | |
| | | | POLY LIFT LINE, 20' W/GAUGE | | | | |
| | | | | mtr out:        0 | | | 120.00 |
| | 1 | | Id# M385 | FROM: 03-22-21  THRU: 04-18-21  28  Days | | | |
| | | | Model-317328 | Serial#-M385 | | | |
| | | | PLUG, 15-32" AIR LOC | | | | |
| | | | | mtr out:        0 | | | 1,000.00 |

                                        Sub Total          4,315.00


         AR          ARKANSAS SALES TAX                      409.93


PLEASE DIRECT ANY QUESTIONS TO:
CUSTOMER SERVICE  AT 800-877-4571 EXT. 9102
OR EMAIL:  APOOL@ICMINC.US
****WE APPRECIATE YOUR BUSINESS!***

Total Invoice
Due By:
04/26/21

| 4,724.93 |

| Account# 22781 | Order # 1007144 | Brc 100 | Sls 10 | I N V O I C E | Date 04-16-21 | Invoice # 10006609 | Page 1 |
|---|---|---|---|---|---|---|---|

Sold To:                003
   J. CUMBY CONSTRUCTION – HOLD
   165 WEST BROAD ST.

Ship To:
   J. CUMBY CONSTRUCTION
   ICM ARKANSAS
   1040 N REDMOND RD

   COOKEVILLE          TN   38502      JACKSONVILLE              AR 72076
                                       Ship Via CUSTOMER PICK UP

| Entered By terri | Customer Purchase Order | | Customer Contact | Ord Date 03-24-21 |
|---|---|---|---|---|
| | | Equip ID | Customer Job number AR322469MM-M | Customer Phone # 931-526-5158 |

| Ord | Ship | B/O | Part Number | Description | Unit Price | UM | Extended |
|---|---|---|---|---|---|---|---|

|   | 1 |   | Id# 1906206203 | FROM: 03-24-21  THRU: 04-20-21  28  Days |   |   |   |
|   |   |   | Model-654248 | Serial#-1906206203 |   |   |   |
|   |   |   | PLUG, 12-24" MUNI BALL | | | | |
|   |   |   | | mtr out: | 0 | | 810.00 |
|   | 1 |   | Id# AR690 | FROM: 03-24-21  THRU: 04-20-21  28  Days | | | |
|   |   |   | Model-380208 | Serial#-AR690 | | | |
|   |   |   | POLY LIFT LINE | | | | |
|   |   |   | | mtr out: | 0 | | 0.00 |
|   |   |   | | Sub Total | | | 810.00 |

|   |   |   | AR | ARKANSAS SALES TAX | | | 76.95 |

PLEASE DIRECT ANY QUESTIONS TO:
CUSTOMER SERVICE   AT 800-877-4571 EXT. 9102
OR EMAIL:  APOOL@ICMINC.US
****WE APPRECIATE YOUR BUSINESS!***

| Total Invoice Due By: 04/26/21 | 886.95 |
|---|---|



2228 Cottondale Lane
Suite 220
Little Rock, AR 72202
501.221.9393

**Writer's Contact Information:**
**jbcross@newlandassociatespllc.com**
**(501)221-9393/Fax (501) 221-7058**

## July 23, 2021

**Via Certified Mail No. 7019 2280 0002 0589 4256**
Mr. Justin Cumby
J. Cumby Construction, Inc.
165 West Broad St.
Cookeville, TN 38502

**Via Certified Mail No. 7019 2280 0002 0589 4263**
J. Cumby Construction, Inc.
C/o Registered Agent
Registered Agents, Inc.
701 South Street, Ste 100
Mountain Home, AR 72653

**Via Certified Mail No. 7019 2280 0002 0589 4270**
Westfield Insurance Company
One Park Circle
P.O. Box 5001
Westfield Center, OH 44251

**Via Certified Mail No. 7019 2280 0002 0589 4287**
Westfield Insurance Company
TIS Insurance Services, Inc.
1900 N. Winston Rd., Ste 100
Knoxville, TN 37919

|  |  |
|---|---|
| RE: Contractor | J. Cumby Construction, Inc. |
| Surety | Westfield Insurance Company |
| Bond No | 8675133 |
| Project | Adams Field Water Reclamation Facility: Parallel Treatment |
| Owner | Little Rock Water Reclamation Authority |
| Claimant | ICM Technologies, Inc. |
| Demand | $61,500.00 |

Dear Sirs:

**Exhibit D**

Newland & Associates
J B Cross, Jr.
July 23, 2021
Page - 2 -

Please be advised that Newland and Associates, PLLC has been engaged in the above-referenced matter to collect from Westfield Insurance Company and its principal, J. Cumby Construction, Inc. Our client, ICM Technologies, Inc., was engaged by the Project Manager for J. Cumby Construction, Inc. on the Adams Field Water Reclamation Facility: Parallel Treatment to prepare and implement an epoxy treatment for a number of leaking manholes on the above project in April and May of 2021. The invoices have all been sent to the Contractor and have not been paid. The Contractor through Justin Cumby admits that it hired ICM Technologies, Inc. but has refused to make payment. The unpaid invoices are:

| Invoice | Date | Amount |
|---|---|---|
| 11717 | 4/8/2021 | $2,000.00 |
| 11718 | 4/8/2021 | $7,680.00 |
| 11726 | 4/20/2021 | $5,720.00 |
| 11743 | 4/30/2021 | $15,840.00 |
| 11742 | 4/30/2021 | $5,000.00 |
| 11748 | 5/12/2021 | $25,260.00 |
| | | $61,500.00 |

Please consider this as a full and final demand for payment. This is an Arkansas Public works project and if these invoices are not paid within a reasonable time and suit is required to collect the amount, the Claimant will be entitled to a 12% penalty or $7,380.00 as provided by law, costs and legal fees. We prefer to resolve this in a businesslike manner, however, we are prepared to protect our client's interest.

Sincerely,
NEWLAND & ASSOCIATES, PLLC

Junius Bracy Cross, Jr.



2228 Cottondale Lane
Suite 220
Little Rock, AR 72202
501.221.9393

**Attorneys at Law**

**Writer's Contact Information:**
jbcross@newlandassociatespllc.com
(501)221-9393/Fax (501) 221-7058

August 2, 2021

**Via Certified Mail No. 7019 2280 0002 0589 4300**
Mr. Justin Cumby
J. Cumby Construction, Inc.
165 West Broad St.
Cookeville, TN 38502

**Via Certified Mail No. 7019 2280 0002 0589 4317**
J. Cumby Construction, Inc.
c/o Registered Agent
Registered Agents, Inc.
701 South Street, Ste 100
Mountain Home, AR 72653

**Via Certified Mail No. 7019 2280 0002 0589 4324**
Westfield Insurance Company
One Park Circle
P.O. Box 5001
Westfield Center, OH 44251

**Via Certified Mail No. 7019 2280 0002 0589 4331**
Westfield Insurance Company
TIS Insurance Services, Inc.
1900 N. Winston Rd., Ste 100
Knoxville, TN 37919

|  |  |
|---|---|
| **RE: Contractor** | **J. Cumby Construction, Inc.** |
| Surety | **Westfield Insurance Company** |
| Bond No. | **8675133** |
| Project | **Adams Field Water Reclamation Facility: Parallel Treatment** |
| Owner | **Little Rock Water Reclamation Authority** |
| Claimant | **ICM of America, Inc.** |
| Demand | **$6,620.23** |

Dear Sirs:

**Exhibit E**

Newland & Associates
J B Cross, Jr.
August 2, 2021
Page - 2 -

Please be advised that Newland and Associates, PLLC, has been engaged in the above-referenced matter to collect from Westfield Insurance Company, and its principal, J. Cumby Construction, Inc. Our client, ICM of America, Inc., agreed to rent various items to J. Cumby Construction, Inc. on the Adams Field Water Reclamation Facility: Parallel Treatment The invoices have all been sent to the contractor and have not been paid. The unpaid invoices are as follows:

| | | |
|---|---|---|
| 10006607 | 4/16/2021 | $1,018.35 |
| 10006608 | 4/16/2021 | $4,724.93 |
| 10006609 | 4/16/2021 | $886.95 |
| | | $6,630.23 |

Please consider this as a full and final demand for payment. This is an Arkansas Public works project and if these invoices are not paid within a reasonable time and suit is required to collect the amount, the Claimant will be entitled to a 12% penalty or $795.63 as provided by law, costs and legal fees. We prefer to resolve this in a businesslike manner, however, we are prepared to protect our client's interest.

Sincerely,
NEWLAND & ASSOCIATES, PLLC

Junius Bracy Cross, Jr.

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2022-Jan-04 15:47:26
60CV-21-7945
C06D17 : 2 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### 17th DIVISION

OLD ICM TECHNOLOGIES, INC. and
ICM OF AMERICA, INC.                                                    PLAINTIFFS

VS.                                    CASE No. 60CV-21-7945

J. CUMBY CONSTRUCTION, INC. and
WESTFIELD INSURANCE COMPANY                                            DEFENDANTS

### AFFIDAVIT OF SERVICE

STATE OF ARKANSAS      )
                       ) ss.
COUNTY OF PULASKI      )

I, Junius B. Cross, Jr., state under oath that I am the attorney for the Plaintiff herein, and

that on December 21, 2021, a copy of the Summons and Amended Complaint was forwarded to

Defendant, J. Cumby Construction, Inc., c/o Registered Agents, Inc., 701 South Street, Suite 100

Mountain Home, AR 72653. Attached hereto as Exhibit "A" is the signed Receipt showing proof

of service on December 27, 2021.

Further affiant sayeth not.

_____
Junius B. Cross, Jr.

State of Arkansas       )
                        )
County of  Pulaski      )

Subscribed and sworn to before me on this 4th day of January 2022.

_____
Notary Public

My Commission Expires:

May 29, 2027



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

| | |
|---|---|
| Certified Mail Fee | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | |
| ☐ Return Receipt (electronic) | |
| ☐ Certified Mail Restricted Delivery | |
| ☐ Adult Signature Required | |
| ☐ Adult Signature Restricted Delivery | |
| Postage | |
| Total Postage and Fees | |
| Sent To | |
| Street and Apt. No., or PO Box No. | |
| City, State, ZIP+4® | |

7019 2280 0002 0589 4799

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

☑ Complete items 1, 2, and 3.
☑ Print your name and address on the reverse so that we can return the card to you.
☑ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

J. Cauley Contracting, Inc
c/o Registered Agent, Inc
701 Brazos Street, Suite
Austin, TX

9590 9402 5212 9122 2340 05

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
Magen Gauger     12 27 21

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7019 2280 0002 0589 4799

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



EXHIBIT
A

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2022-Jan-04 15:47:26
60CV-21-7945
C06D17 : 2 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### 17th DIVISION

OLD ICM TECHNOLOGIES, INC. and
ICM OF AMERICA, INC.                                          **PLAINTIFFS**

VS.                                    **CASE No. 60CV-21-7945**

J. CUMBY CONSTRUCTION, INC. and
WESTFIELD INSURANCE COMPANY                          **DEFENDANTS**

### AFFIDAVIT OF SERVICE

STATE OF ARKANSAS    )
                     ) ss.
COUNTY OF PULASKI    )

    I, Junius B. Cross, Jr., state under oath that I am the attorney for the Plaintiff herein, and

that on December 21, 2021, a copy of the Summons and Amended Complaint was forwarded to

Defendant, Westfield Insurance Company, One Park Circle, Post Office Box 5001, Westfield

Center, OH 44251. Attached hereto as Exhibit "A" is the signed Receipt showing proof of service

on December 28, 2021.

    Further affiant sayeth not.

                                             _____
                                             Junius B. Cross, Jr.

State of Arkansas    )
                     )
County of _Pulaski_  )

    Subscribed and sworn to before me on this _4th_ day of _January_ 2022.

                                       _Kelley Childress_
                                       Notary Public

My Commission Expires:

_May 29, 2027_



KELLEY CHILLDRES
NOTARY PUBLIC
ARKANSAS
SALINE COUNTY
COMMISSION EXPIRES 5-29-2027



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

7019 2280 0002 0589 4782

---

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X ☐ Agent ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes |
| Westfield Insurance (expiring) | If YES, enter delivery address below: ☐ No |
| P.O. Box 5001 | |
| | 3. Service Type |
| 9590 9402 5212 9122 2340 02 | ☐ Adult Signature |
| | ☐ Adult Signature Restricted Delivery |
| 2. Article Number (Transfer from service label) | ☑ Certified Mail® |
| 7019 2280 0002 0589 4782 | ☐ Certified Mail Restricted Delivery |
| | ☐ Collect on Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



EXHIBIT
**A**