IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OLD ICM TECHNOLOGIES, INC. and**  **PLAINTIFFS**
**ICM OF AMERICA, INC.**

v.                    Case No. 4:22-cv-00070-KGB

**J. CUMBY CONSTRUCTION, INC. and**  **DEFENDANTS**
**WESTFIELD INSURANCE COMPANY**

## ORDER

Before the Court is plaintiffs Old ICM Technologies, Inc. and ICM of America, Inc.'s motion to dismiss (Dkt. No. 14). Plaintiffs represent that they and defendants J. Cumby Construction and Westfield Insurance Company have reached an amicable settlement agreement (*Id.*). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court grants the motion (Dkt. No. 14). The action is dismissed with prejudice, with each party to bear its own costs and fees.

It is so ordered this 23rd day of March, 2022.

Kristine G. Baker
United States District Judge